# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION



FILED

MAR 04 2013

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| CHARLES ADAM FIECHTNER, SR., | CV 13-9-M-DLC-JCL |
| Plaintiff, | ORDER |
| vs. | |
| SUSAN YOUNG, and HELP POINT CLAIM SERVICES, | |
| and | |
| SHERIFF, et al. | CV 13-10-M-DLC-JCL |
| and | |
| VERIZON, | CV 13-11-M-DLC-JCL |
| and | |
| FBI, | CV 13-12-M-DLC-JCL |
| and | |
| MISSOULA, MONTANA POLICE, | CV 13-13-M-DLC-JCL |
| and | |
| GEICO INSURANCE, | CV 13-14-M-DLC-JCL |
| and | |

VICTIM COMPENSATION and                  CV 13-19-M-DLC-JCL
STEVE BULLOCK,

          and

UNITED STATES GOVERNMENT and    CV 13-20-M-DLC-JCL
MISSOULA, MONTANA IRS,

          and

JOHN REED,                                        CV 13-21-M-DLC-JCL

          and

MAYOR JOHN ENGEN,                       CV 13-22-M-DLC-JCL

          and

MICHAEL J. ASTRUE, Commissioner,    CV 13-23-M-DLC-JCL
Social Security Administration,

          and

STATE BAR OF ARIZONA, and          CV 13-24-M-DLC-JCL
KAREN WEIGAND,

          and

STATE OF MONTANA,                        CV 13-25-M-DLC-JCL
STATE TROOPER, and
KAREN ORZECH,

          and

JOHN REED, CARAS, and                   CV 13-26-M-DLC-JCL
SUSAN YOUNG,

and

WHITE HOUSE,                          CV 13-27-M-DLC-JCL
JOHN BOEHNER,

and

MICHEAL JAMES SMITH,                  CV 13-28-M-DLC-JCL

and

JEREMIAH C. LYNCH,                    CV 13-29-M-DLC-JCL

and

STATE OF NEW JERSEY                   CV 13-35-M-DLC-JCL
SURCHARGE VIOLATION SYSTEM,

and

STATE OF NEW JERSEY,                  CV 13-36-M-DLC-JCL
PENNSAUKEN POLICE,
CHERYL DUFFY, and
CHIEF COFFE,

and

JUDGE FOX,                            CV 13-37-M-DLC-JCL

and

STATE OF NEW JERSEY,                  CV 13-38-M-DLC-JCL
DAVE KUNKEL, and
CLEMENTON POLICE,

and

3

CAMDEN COUNTY PROBATION            CV 13-39-M-DLC-JCL
DIVISION, CHILD SUPPORT
ENFORCEMENT DIVISION,
5 EXECUTIVES, AMANDA WALTON,
LINDA BROOKS, and CHRIS REILLY,

     and

CAMDEN COUNTY JAIL,               CV 13-40-M-DLC-JCL
WARDEN, and PRISON GUARDS,

     and

FHA, and                          CV 13-41-M-DLC-JCL
JOHN ELLISON,

        Defendants.
_____

United States Magistrate Judge Jeremiah Lynch entered Findings and

Recommendation on February 6, 2013, recommending dismissal of Plaintiff

Charles Fiechtner's complaints in the 24 actions named above because his

allegations are frivolous and subject to dismissal under 28 U.S.C. § 1915(e)(2).

Judge Lynch further recommended Plaintiff be declared a vexatious litigant

subject to a pre-filing order limiting his future litigation activities. Plaintiff did

not timely object to the Findings and Recommendation in any action, and so has

waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). This

Court will review the Findings and Recommendation for clear error. McDonnell

Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch correctly determined he was not required to recuse himself from this case despite Plaintiff's allegations against him in CV 13-29-DLC-JCL. "A judge is not disqualified by a litigant's suit or threatened suit against him or by a litigant's intemperate and scurrilous attacks." *United States v. Studley*, 783 F.2d 934, 940 (9th Cir. 1986) (internal citations omitted). Plaintiff's allegations relate only to Judge Lynch's role in presiding over his prior legal actions in this Court, and are barred by judicial immunity. He was not required to recuse himself from Plaintiff's case.

Plaintiff's prior actions commenced in January and February of 2011 were frivolous and dismissed for failure to state a claim or for improper venue despite giving Plaintiff ample notice and time to cure the defects of his actions. Plaintiff's current 24 actions also qualify as frivolous because his allegations are delusional, fanciful, and lack an arguable basis in fact or law. *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992). A pre-filing injunctive order is warranted in this case because Plaintiff's conduct in the 35 cases he has filed in the previous two years is

frivolous and constitutes harassment as outlined in detail by Judge Lynch. *DeLong v. Hennessey*, 912 F.2d 1144, 1148 (9th Cir. 1990). A review of Judge Lynch's findings and recommendations reveals no clear error. Therefore,

IT IS ORDERED that Judge Lynch's Findings and Recommendation (docs. 2) are adopted in full in each action identified in the above caption. The 24 actions identified in the caption above are DISMISSED and judgment shall be entered pursuant to Federal Rule of Civil Procedure 58.

IT IS FURTHER ORDERED that Plaintiff is a vexatious litigant and his litigation activities are limited as follows:

1. Fiechtner is barred from filing the following actions in this Court:

   a. any action with vague, conclusory, irrational, delusional, incomprehensible, or fanciful allegations;

   b. any action which fails to set forth adequately supported, non-conclusory, short and plain statements of his claims showing he is entitled to relief as required by Fed. R. Civ. P. 8(a);

   c. any action alleging defendants have prevented him from becoming the President of the United States or a "star inventor"; and

      d.  any action asserting conclusory allegations that defendants

        caused Fiechtner to sustain millions, billions, trillions, or

        zillions of dollars in damages.

2.     Should Fiechtner file any further actions, they should be filed in a

miscellaneous civil case entitled *In re Charles Adam Fiechtner, Sr.*

and assigned to United States Magistrate Judge Jeremiah C. Lynch.

Judge Lynch will review all such filings under appropriate standards

and applicable laws to determine, on a case-by-case basis, whether

the pleading should be filed as a civil action and allowed to proceed.

DATED this  4ᵗʰ  day of March, 2013.

Dana L. Christensen, District Judge
United States District Court